BRETT L. TOLMAN, United States Attorney (#8821)
STANLEY H. OLSEN, Assistant United States Attorney (#2466)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RAUL A. BRITO,<br><br>    Defendant. | MAGIS. NO. 2:08mj63<br><br>C O M P L A I N T<br><br>VIO. 18 U.S.C. § 1073<br>UNLAWFUL FLIGHT TO AVOID<br>PROSECUTION |

---

Before the United States Magistrate Judge for the District of Utah, appeared the undersigned, who on oath deposes and says:

COUNT I

On or about the 21st day of December, 2007, in the Central Division of the District of Utah,

RAUL A. BRITO,

defendant herein, did, move and travel in interstate commerce, to wit, from Utah County, Utah, in the Central Division of the District of Utah, to a point outside the State and District of Utah, with intent to avoid prosecution under the laws of the State of Utah for the offense of Manslaughter; in violation of Title 18 United States Code, Section(s) 1073.

Complainant states that this complaint is based on information obtained through investigation consisting of the

following:

1.  Communication with the Utah County Attorney, who advised that from investigation conducted by their office, they have determined that the defendant has fled from Utah, and subject is believed to be in Mexico.

2.  Personal examination of the certified copy of the State process charging Mr. Raul A. Brito with a violation of UCA 76-5-205. Certified copies are attached hereto.

_____
Paul Bingham, Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO BEFORE ME this 21 day of Feb, 2008.

_____
United States Magistrate Judge

APPROVED:

BRETT L. TOLMAN
United States Attorney

_____
STANLEY H. OLSEN
Assistant United States Attorney

FILED IN
4TH DISTRICT COURT
STATE OF UTAH
UTAH COUNTY

2008 FEB -8  A 10: 33

JEFFREY R. BUHMAN #7041
Utah County Attorney
100 East Center, Suite 2100
Provo, Utah 84606
Telephone: (801) 851-8026
Fax: (801) 851-8051

## IN THE FOURTH JUDICIAL DISTRICT COURT
## IN AND FOR UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| THE STATE OF UTAH, <br><br> Plaintiff, <br><br> vs. <br><br> RAUL A. BRITO, <br> Address Unknown <br> DOB: 01/19/1979 <br><br> Defendant. | *Amended* <br> **INFORMATION** <br><br> Case No. 071404356 <br><br> Judge *Howard /5* <br><br> OTN |

JEFFREY R. BUHMAN, Utah County Attorney, State of Utah, accuses the defendant of the following crime:

COUNT 1: MANSLAUGHTER, a second degree felony, in violation of Utah Code Ann. § 76-5-205, in that the above named defendant, on or about 12/21/2007, in Utah County, Utah, did recklessly cause the death of another, Manuel Saucedo.

This Information is based on evidence provided by Randy Crowther, Orem Police Department.

UTAH COUNTY ATTORNEY
January 30, 2008

I CERTIFY THAT THIS IS A TRUE COPY OF AN ORIGINAL DOCUMENT ON FILE IN THE FOURTH JUDICIAL DISTRICT COURT, UTAH COUNTY, STATE OF UTAH.
DATE: 02/21/2008
DEPUTY COURT CLERK

JEFF BUHMAN
UTAH COUNTY ATTORNEY
100 EAST CENTER, SUITE 2100
PROVO, UTAH 84601
PHONE: (801) 370-8026

---

## IN THE FOURTH JUDICIAL DISTRICT COURT
## UTAH COUNTY, STATE OF UTAH

---

STATE OF UTAH,

      Plaintiff,  :  **WARRANT OF ARREST**

      vs.

Raul A. Brito  :  Case No.: 071404396

346 North 280 West  :  Judge Howard
Orem, Utah
01/19/1979

      Defendant(s).

---

THE STATE OF UTAH TO ANY PEACE OFFICER IN THE STATE OF UTAH:

Information under oath by Matt Pedersen, Orem Department of Public Safety, has been made before me this day stating that the above-named defendant committed the crime of:

Criminal Homicide, a First Degree Felony, at Utah County, Utah, on or about crime date. In violation of Utah Code Annotated, 1953 as amended, Section 76-5-201.

YOU ARE THEREFORE COMMANDED to arrest the above-named defendant forthwith and bring the defendant before this court, or before the nearest or most accessible magistrate in this county if a District Judge is absent or unable to act. If the defendant has fled justice, you shell pursue the defendant into any other county of this state and there arrest the defendant. If this warrant is for a misdemeanor, the court finds reasonable grounds to believe defendant will not appear upon a summons.

      Bail is set in the amount of $ 400,000.00

Dated: 12/27/2007

This warrant may be served day or night.

Extradition is authorized from:

\_\_\_\_ Do not run NCIC
\_\_\_\_ Adjacent states (including Calif., Wash., Ore.)
✓ Within 1,000 mile radius
\_\_\_\_ West of Mississippi
✓ Extradition Authorized
\_\_\_\_ Utah only

I CERTIFY THAT THIS IS A TRUE COPY OF AN ORIGINAL DOCUMENT ON FILE IN THE FOURTH JUDICIAL DISTRICT COURT, UTAH COUNTY, STATE OF UTAH.
DATE: 12/27/2007